UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
DEC 13 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                        DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　vs.<br><br>ADRIAN JUAREZ-CRUZ,<br><br>　　　　　　　　　Defendant. | CASE NO. 11CR5602-AJB<br><br><br>JUDGMENT OF DISMISSAL |

　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment/Information:

21:952 AND 960
_____

_____

　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 12/13/2011

　　　　　　　　　　　　　　　　Mitchell D. Dembin
　　　　　　　　　　　　　　　　U.S. Magistrate Judge